650

429 A.2d 766

Piotrkowski, etc., Appellants at No. 411 v.
Mittelman, Appellant at No. 501.

Argued December 5, 1979. Joseph
D. Shein, for appellants (at No. 411); Stephen S. Phillips, for
appellant (at No. 501); Joseph D. Shein, for appellees (at No.
501); Stephen S. Phillips, for appellee (at No. 411).

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.

429 A.2d 767

Spatz et ux. v. Agnone et al., Appellants.

Argued September 10, 1980. Paul R. Mazzoni, for appel-
lants; Maxwell H. Cohen, for appellees.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.